STRONGIN ROTHMAN & ABRAMS, LLP
5 Hanover Square, Fourth Floor
New York, NY  10004
(212) 931-8300
Attorneys for Defendants
**NOMURA HOLDING AMERICA INC. and
NOMURA SECURITIES INTERNATIONAL, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE LOWER MANHATTAN DIASTER SITE
LITIGATION (21 MC 102)
----------------------------------------------------------------x
ELVA CALLE and husband, MAURICIO AVILA,

                      Plaintiffs,

-against-

NOMURA HOLDING AMERICA INC. and
NOMURA SECURITIES INTERNATIONAL, INC.,
ET AL,
(See Defendants' List)

                    Defendants,
----------------------------------------------------------------x

**Case No.: 21 MC 102 (AKH)**

**NOTICE OF ADOPTION OF
ANSWER TO MASTER
COMPLAINT**

**Docket No.:  08 CV 02584**

**ELECTRONICALLY FILED**

       PLEASE TAKE NOTICE THAT Defendants NOMURA HOLDING AMERICA INC.

and NOMURA SECURITIES INTERNATIONAL, INC. (collectively referred to herein as

"Nomura Parties"), as and for their responses to the allegations set forth in the

Complaint by Adoption (Check Off Complaint) related to the Master Complaint filed

herein and applicable to the above captioned matter hereby adopts all of the responses

and all of the affirmative defenses contained in the Answer to the Master Complaint

dated, filed and served July 31, 2007, *In Re World Trade Center Lower Manhattan

Disaster Site Litigation* 21MC102 (AKH).  The responses to all of the allegations in the

Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, also adopts all affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, NOMURA PARTIES, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated:        New York, New York
              May 28, 2008

                                          Yours, etc.

                                          STRONGIN ROTHMAN & ABRAMS, LLP

                                          s/Jill S. Taylor

                                          _____
                                          JILL S. TAYLOR, ESQ. (JT-4731)
                                          Attorneys for Defendants
                                          NOMURA HOLDING AMERICA INC. and
                                          NOMURA SECURITIES INTERNATIONAL,
                                          INC.
                                          5 Hanover Square, Fourth Floor
                                          New York, NY 10004
                                          (212) 931-8300