UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

ELVA CALLE (AND HUSBAND, MAURICIO : 08-CV-002584-AKH
AVILA),

                              Plaintiffs, : **APPEARANCE**

   - against - : **ELECTRONICALLY FILED**

55 WATER STREET CONDOMINIUM., *et al.*, :

                            Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        June 26, 2008

                         By:     /s/ Judith R. Cohen
                                                _____
                                               Judith R. Cohen (JC-8614)
                                               1177 Avenue of the Americas
                                              New York, New York 10036
                                              Phone: (212) 277-6500
                                              Fax: (212) 277-6501

                                              *Attorney for Defendant*
                                              MERRILL LYNCH & CO., INC.

DOCSNY-314082